UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  08-10314-EFH |
| | ) | |
| ROY SASTROM | ) | |

JOINT MOTION TO CONSOLIDATE CASES FOR PLEA AND SENTENCING


The Defendant, Roy Sastrom, through his counsel, Elizabeth Lunt, and the United States of America, through the undersigned attorney, file this Joint Motion to Consolidate Cases for Plea and Sentencing.  As reasons therefore, the parties state that there are two matters currently pending against the defendant: the above matter pending before this court, which is set for a Rule 11 hearing on June 23, 2009, and criminal number 09-10168-WGY, which is pending before Judge Young.[1]  The parties request that the matters be consolidated pursuant to Local Rule 40.1 (J) before Judge Harrington.  The consolidation of the matters for plea and sentencing would be in the interest of justice as it would facilitate the expeditious resolution of the two separate matters.

---

[1] The matter pending before Judge Young is an indictment that was transferred to this district from the District of Connecticut pursuant to a Rule 20 filing.  The defendant intends to plead guilty to this indictment as well.

Respectfully submitted,


MICHAEL K. LOUCKS
Acting United States Attorney


/s/ Elizabeth Lunt                    /s/ Leah B. Foley
ELIZABETH LUNT                        LEAH B. FOLEY
Attorney for Defendant                Assistant U.S. Attorney